IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Peace Njoku, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Univar USA Inc.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action<br>) No.: 1:18-cv-05845-SCJ<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon review of the Parties' Joint Motion for Entry of Consent Order for Arbitration, whereby the Parties have expressed their agreement to submit the matter presently before the Court to arbitration, it is hereby **ORDERED** that this case is **dismissed with prejudice** so that the Parties may arbitrate this matter. This Consent Order is without any admission by any Party.

So **ORDERED** this __11th__ day of March, 2019.

            s/Steve C. Jones
            **HONORABLE STEVE C. JONES**
            **UNITED STATES DISTRICT JUDGE**